# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMY COHEN, *et al.*,

        *Plaintiffs,*

v.

BROWN UNIVERSITY, CHRISTINA PAXSON, *as successor to* VARTAN GREGORIAN, and JACK HAYES, *as successor to* DAVID ROACH,

        *Defendants*.

Case No. 92 Civ. 0197

**[PROPOSED] SCHEDULING ORDER**

IT IS HEREBY ORDERED that:

1. Defendants shall complete the expedited document discovery contemplated by this Court's July 2, 2020 order on or before **July 31, 2020**;

2. Defendants shall file their response to Plaintiffs' Motion to Enforce Judgment, to Adjudge in Contempt, and for Emergency Relief (the "Emergency Motion," ECF 357) on or before **August 7, 2020**;

3. Plaintiffs shall file any reply brief in support of their Emergency Motion on or before **August 28, 2020;**

4. The parties shall meet and confer in good faith, or with the assistance of a mediator, to seek a negotiated resolution from **September 1-11, 2020**; and

5. The parties shall provide a joint status update to the Court on or before **September 14, 2020.**

Dated: July __, 2020
      Providence, Rhode Island

                                                  JOHN J. McCONNELL, Jr.
                                                  United States District Judge